IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED

JUN 1 8 2019

Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| DALLAS KRAMER,<br><br>                Petitioner,<br><br>vs.<br><br>JAMES SALMONSEN; ATTORNEY GENERAL OF THE STATE OF MONTANA,<br><br>                Respondents. | CV 18-156-BLG-SPW<br><br>ORDER ADOPTING MAGISTRATE'S FINDINGS AND RECOMMENDATIONS |

The United States Magistrate Judge filed Findings and Recommendations on May 3, 2019. (Doc. 6). The Magistrate recommended the Court deny Dallas Kramer's petition for habeas corpus because it is not cognizable. (Doc. 6 at 5).

Pursuant to 28 U.S.C. § 636(b)(1), parties are required to file written objections within 14 days of the filing of the Magistrate's Findings and Recommendation. No objections were filed. When neither party objects, this Court reviews the Magistrate's Findings and Recommendation for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981). Clear error exists if the Court is left with a "definite and firm conviction that a mistake has been committed." *United States v. Syrax*, 235 F.3d

1

422, 427 (9th Cir. 2000). After reviewing the Findings and Recommendation, this Court does not find that the Magistrate committed clear error.

IT IS ORDERED that the proposed Findings and Recommendations entered by the United States Magistrate Judge (Doc. 6) are ADOPTED IN FULL.

IT IS FURTHER ORDERED Kramer's petition (Doc. 1) is DENIED.

The Clerk of Court is directed to enter, by separate document, a judgment in favor of Respondent and against Petitioner.

A certificate of appealability is denied.

DATED this 18th day of June, 2019.

SUSAN P. WATTERS
United States District Judge